```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
LINDA C. HARTER, Bar #179741
Chief Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
MICHAEL PARREIRA REGO
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR.S-08-028-WBS |
| ) | |
| Plaintiff, ) | |
| ) | **STIPULATION AND [PROPOSED] ORDER;** |
| v. ) | **CONTINUING STATUS CONFERENCE** |
| ) | **AND EXCLUDING TIME** |
| MICHAEL PARREIRA REGO, ) | |
| ) | Date: July 7, 2008 |
| ) | Time: 8:30 a.m. |
| Defendant. ) | Judge: Hon. William B. Shubb |
| _____ | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, MICHELLE RODRIGUEZ, Assistant United States Attorney, attorney for Plaintiff, and LINDA C. HARTER, Chief Assistant Federal Defender, attorney for Defendant, that the status conference hearing date of July 7, 2008 be vacated, and the matter be set for status conference on August 25, 2008 at 8:30 a.m.

The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including August 25, 2008 pursuant to 18 U.S.C.

§3161 (h)(8)B)(iv)[reasonable time to prepare] and Local Code T4 based upon continuity of counsel and defense preparation.

DATED: June 20, 2008.            Respectfully submitted,

```
                                 DANIEL J. BRODERICK
                                 Federal Public Defender
```

DATED: June 20, 2008.            /s/ Linda C. Harter
```
                                 LINDA C. HARTER
                                 Chief Assistant Federal Defender
                                 Attorney for Defendant

                                 McGREGOR W. SCOTT
                                 United States Attorney
```

DATED: June 20, 2008.            /s/ Linda C. Harter for
```
                                 MICHELLE RODRIGUEZ
                                 Assistant U.S. Attorney
                                 Attorney for Plaintiff
```

**O R D E R**

  **IT IS SO ORDERED.** Time is excluded from today's date through and including August 25, 2008 in the interests of justice pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) [reasonable time to prepare] and Local Code T4.

DATED: June 20, 2008

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

3