```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
LINDA C. HARTER, Bar #179741
Chief Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
MICHAEL PARREIRA REGO
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR.S-08-028-WBS |
| Plaintiff, ) | |
| v. ) | **STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE; EXCLUDING TIME** |
| MICHAEL PARREIRA REGO, ) | |
| Defendant. ) | Date:  August 25, 2008 |
| _____ ) | Time:  8:30 a.m. |
| | Judge: Hon. William B. Shubb |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, MICHELLE RODRIGUEZ, Assistant United States Attorney, attorney for Plaintiff, and LINDA C. HARTER, Chief Assistant Federal Defender, attorney for Defendant, that the status conference hearing date of August 25, 2008 be vacated, and the matter be set for status conference on September 8, 2008 at 8:30 a.m.

The reason for this continuance is to allow defense counsel additional time to complete a factual investigation, and to consider possible resolution of the case.

The parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and

including September 8, 2008 pursuant to 18 U.S.C. §3161 (h)(8)(B)(iv) [reasonable time to prepare] and Local Code T4 based upon continuity of counsel and defense preparation.

DATED: August 19, 2008            Respectfully submitted,

                                  DANIEL J. BRODERICK
                                  Federal Public Defender

                                  /s/ Linda C. Harter
                                  LINDA C. HARTER
                                  Chief Assistant Federal Defender
                                  Attorney for Defendant
                                  MICHAEL REGO

DATED: August 19, 2008            McGREGOR W. SCOTT
                                  United States Attorney

                                  /s/ Linda C. Harter for
                                  MICHELLE RODRIGUEZ
                                  Assistant U.S. Attorney
                                  Attorney for Plaintiff

**O R D E R**

**IT IS SO ORDERED.** Time is excluded from today's date through and including September 8, 2008 in the interest of justice pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) [reasonable time to prepare] and Local Code T4. The Status Conference hearing date of August 25, 2008 is reset for on September 8, 2008 at 8:30 a.m.

DATED: August 20, 2008

*[signature]*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE