UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

FILED

JUL 07 2014

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> **MICHAEL PARREIRA REGO,** ) <br> ) <br> Defendant. ) <br> _____ ) | Case No. CR S-08-028-01 WBS <br><br> ORDER FOR RELEASE <br> OF PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release **Michael Parreira Rego**  Case  CR S-08-028-01  WBS

from custody for the following reasons:

\_\_   Release on Personal Recognizance

\_\_   Bail Posted in the Sum of _____

\_\_   Unsecured bond

\_\_   Appearance Bond with 10% Deposit

\_\_   Appearance Bond secured by Real Property

\_\_   Corporate Surety Bail Bond

  **X**   (Other)  **Defendant was sentenced to a term of TIME SERVED.**

Issued at  Sacramento, CA  on  July 7, 2014    at  11  a.m.

By _____
William B. Shubb,
United States District Judge

Orig & Copy: USM
Copy to Docketing