# UNITED STATES DISTRICT COURT
## Eastern District of California

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |
| **MICHAEL PARREIRA REGO** | (For Offenses Committed On or After November 1, 1987) |
| | Criminal Number: **2:08CR00028-01** |
| | Defendant's Attorney: Linda Harter, Assistant Federal Defender |

**THE DEFENDANT:**

[✓] admitted guilt to violation of charge(s)   2   as alleged in the violation superseding petition filed on   1/10/2014  .

[ ] was found in violation of condition(s) of supervision as to charge(s) ___ after denial of guilt, as alleged in the violation petition filed on ___.

**ACCORDINGLY**, the court has adjudicated that the defendant is guilty of the following violation(s):

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| 2 | New Law Violation | 1/8/2014 |

The court: [ ] revokes: [ ] modifies: [✓] continues under same conditions of supervision for the maximum amount of term remaining heretofore ordered on 11/17/2008, with said term to be served concurrently with the Fresno County Probation supervision ___.

The defendant is sentenced as provided in pages 2 through  1  of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[✓] Charges   1 and 3 of the superseding petition, and the underlying petition filed 12/20/2013   are dismissed.

**Any previously imposed criminal monetary penalties that remain unpaid shall remail in effect.**

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

7/7/2014
Date of Imposition of Sentence

*/s/ William B. Shubb*
Signature of Judicial Officer
**William B. Shubb**, United States District Judge
Name & Title of Judicial Officer
7/21/2014
Date